IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICE OF PENNSYLVANIA

In Re: : CIVIL ACTION

**Asbestos Products Liability** :
**Litigation (No. VI)** : FILE NO: MDL-875

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICE OF NORTH CAROLINA
CHARLOTTE DIVISION

ROBERT E. BLAND, :
et al, :
   (CECIL E. HARWELL and : CIVIL ACTION
   JANET G. HARWELL, only), :
: FILE NO: 3:99-CV-151-T
Plaintiffs, :
:
v. :
:
ACandS, INC., et al, :
:
Defendants. :

## DISMISSAL WITH PREJUDICE

This Court, with the consent and approval of the parties, hereby dismisses with prejudice, Plaintiffs' Complaint as to Plaintiffs Cecil E. Harwell and Janet G. Harwell, wife, causes of action, and case against Defendant D.B. Riley, Inc., formerly known as Riley Stoker Corporation.

SO ORDERED, this 30th day of January, 2006.

_____
Judge
United States District Court

James T. Gil[es]

10083935 v1

Consented to:

*Monica F. Patterson*                                              *see attached*

Monica F. Patterson, Esq.                 William M. Graham, Esq.
E. Elaine Shofner, Esq.                     WALLACE and GRAHAM, P.A.
HAWKINS & PARNELL, LLP            525 North Main Street
4000 SunTrust Plaza                        Salisbury, North Carolina 28144
303 Peachtree Street, N.E.              Attorney for Plaintiffs
Atlanta, Georgia 30308
Attorneys for Defendant

10083935 v1